# Updated Statement Clarifying Income and Assets in Support of Request to Proceed In Forma Pauperis

FILED

CLERK, U.S. DISTRICT COURT

09/18/2025

CENTRAL DISTRICT OF CALIFORNIA

BY     KH     DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.: 2:25-cv-06112-CV-ADS

Plaintiff: Joseph Rose

I, Joseph Rose, respectfully submit this statement to clarify the information requested by the Court in its Order dated September 17, 2025.

1. Income
   - I receive $1,100 per month from Social Security Disability Insurance (SSDI).
   - I receive $70 per month from Supplemental Security Income (SSI).
   - I also receive $265 per month in CalFresh/EBT food assistance.
2. Expenses
   - Rent and utilities for a room and bathroom inside a transitional house: $800 per month.
   - Phone bill: $100 per month.
   - Food: covered primarily by CalFresh/EBT ($265 per month).
   - Other expenses: transportation, medical, and basic living needs.
3. Assets
   - I do not own real estate, vehicles, stocks, bonds, or other property.
   - I do not maintain significant savings; I only have minimal balances necessary for daily living.
4. Clarification of Prior Forms
   - Any prior omissions or discrepancies were unintentional. I am proceeding pro se and misunderstood the level of detail required.
   - I am a former ward of the state through foster care. I have never been incarcerated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____09/18_____, 2025

---

Joseph Rose, Plaintiff

## NOTICE OF ACTION

**Continuation Page**

COUNTY OF LOS ANGELES

STATE OF CALIFORNIA
HEALTH AND HUMAN SERVICES AGENCY
DEPARTMENT OF SOCIAL SERVICES

| | |
|---|---|
| NOTICE DATE: | September 09, 2025 |
| CASE NAME: | JOSEPH E ROSE |
| CASE NUMBER: | B1WQ351 |
| **WORKER NAME:** | Customer Service |
| **WORKER ID:** | 19DP67A302 |
| TELEPHONE NUMBER: | (866) 613-3777 |

**CALFRESH BUDGET**

Report Month  09/2025

Household Size  1

| | |
|---|---|
| Total Countable Earned Income | $0.00 |
| Adjusted Countable Earned Income | $0.00 |
| Total Unearned Income | $1,226.94 |
| Child Support Paid | $0.00 |
| Net Countable Income | $1,022.94 |
| | |
| Standard Deduction | $204.00 |
| Dependent Care | $0.00 |
| Homeless Shelter Deduction | $0.00 |
| Excess Medical Expense for Aged/Disabled | $0.00 |
| Total Deductions | $204.00 |
| | |
| Preliminary Adjusted Income | $1,022.94 |
| Housing Expenses | $800.00 |
| Utility Expenses | $645.00 |
| Allowable Shelter Deduction | $933.53 |
| Adjusted Net Income | $89.00 |
| | |
| CalFresh Allotment | $265.00 |
| CFAP Allotment | $0.00 |
| Less Overissuance | $0.00 |
| Total CalFresh Allotment | $265.00 |

**California offers two food benefit programs.**

CalFresh is California's name for the federally funded Supplemental Nutrition Assistance Program (SNAP). To receive CalFresh benefits, you must meet federal rules, which require United States citizenship or certain immigration statuses (7 CFR 273.2(f)(1) (ii)(A) and MPP 63-403). CalFresh benefits appear in the budget as "CalFresh Allotment".

The California Food Assistance Program (CFAP) provides state-funded food benefits to some immigrants who are not eligible for federal food benefits. If immigration status is the only reason you or someone in your household is not eligible for CalFresh, then you may be eligible for CFAP. CFAP benefits appear in the budget as "CFAP Allotment ".

CF 388 (7/24)

0000000644670949