JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROSE, | Case No. 2:25-06112 CV (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| SLATER, SLATER & SCHULMAN LLP, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety.

DATED: January 7, 2026

*Cynthia Valenzuela*
THE HONORABLE CYNTHIA VALENZUELA
United States District Judge